# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

BARIKA AFRICAN MARKET,          )
INC., and its owners,  SAMPSON  )
NPIMNEE  and VERONICA           )
NPIMNEE,                        )
                                )          4:09CV3111
                 Plaintiffs,    )
                                )
          v.                    )
                                )     MEMORANDUM AND ORDER
UNITED STATES DEPARTMENT        )
OF AGRICULTURE, Food and        )
Nutrition Service,              )
                                )
                 Defendant.     )

The records of the court show that on June 3, 2009, (filing no. 7), a text notice was electronically mailed to all counsel of record by the Office of the Clerk as follows:

> TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Barika African Market, Inc. Pursuant to Fed. R. Civ. P. 7.1, non-governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.

As of this date, no Statement has been filed.

IT IS THEREFORE ORDERED,

Counsel for plaintiff Barika African Market, Inc. shall file the Corporate Disclosure Statement on or before July 16, 2009 or show cause why they cannot comply with the rules of the court.

DATED this 6th day of July, 2009.

BY THE COURT:

s/*Richard G. Kopf*
United States District Judge