IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARIKA AFRICAN MARKET, INC., SAMPSON NPIMNEE, Owner, and VERONICA NPIMNEE, Owner,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, Food and Nutrition Service,<br><br>          Defendant. | 4:09CV3111<br><br>**MEMORANDUM AND ORDER** |

      The parties have filed a joint motion (filing 17) to dismiss the Department of Agriculture Food and Nutrition Service as a defendant in this matter for the reason that this action is brought under the judicial review provision of 7 U.S.C. § 2023(a)(13), making the United States of America the only proper defendant. I shall grant the parties' motion and direct the Clerk of Court to amend the caption accordingly.

      IT IS ORDERED:

      1.    The parties' joint motion (filing 17) to dismiss party defendant and to amend caption is granted;

      2.    The Clerk of the United States District Court for the District of Nebraska shall amend the caption of this case to reflect that the United States of America is the only named defendant;

3. The parties' future filings in this case shall contain the amended caption.

DATED this 14th day of October, 2009.

> BY THE COURT:
> *Richard G. Kopf*
> United States District Judge