IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARIKA AFRICAN MARKET, INC., | ) | |
| SAMPSON NPIMNEE, Owner, and | ) | |
| VERONICA NPIMNEE, Owner, | ) | 4:09CV3111 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the motion to withdraw filed by Jeffery R. Kirkpatrick, counsel of record for plaintiffs Barika African Market, Inc., Sampson Npimnee, Veronica Npimnee. (filing no. 44), is granted.

DATED this 6th day of October, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge