IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARIKA AFRICAN MARKET, INC., SAMPSON NPIMNEE, Owner, and VERONICA NPIMNEE, Owner, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:09CV3111 |
| V. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | ORDER |
| Defendant. | ) ) ) | |

IT IS ORDERED that the defendant's unopposed motion for extension of summary judgment deadline (filing 49) is granted. The deadline for filing a summary judgment motion is extended to January 12, 2011.

DATED this 7th day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge