IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARIKA AFRICAN MARKET, INC., SAMPSON NPIMNEE, Owner, and VERONICA NPIMNEE, Owner, | ) ) ) ) | 4:09CV3111 |
| Plaintiffs, | ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

After conferring with the parties, and upon their joint oral motion, (filing no. 59), the court's prior progression order, (filing no. 48) is amended as follows:

a. The deadline for the plaintiffs' response to the defendant's motion for summary judgment, (filing no. 51), is February 25, 2011. The deadline for the defendant's reply is March 14, 2011.

b. The pretrial conference will be held before the undersigned magistrate judge on June 16, 2011 at 11:00 a.m. One-half hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on June 15, 2011, and the draft order shall conform to the requirements of the local rules.

c. A non-jury trial is set to commence on June 27, 2011. No more than three days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

DATED this 27th day of January, 2011.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge